IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC d/b/a § <br> LIVING ESSENTIALS, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> ULTIMATE LIFESTYLES, LLC, ET AL § | CIVIL ACTION NO. 4:08-CV-232 <br><br> JURY |

**PLAINTIFF'S UNOPPOSED MOTION FOR
<u>PARTIAL DISMISSAL OF CERTAIN TRADEMARK CLAIMS</u>**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Innovation Ventures, LLC d/b/a Living Essentials ("Living Essentials") respectfully files this Unopposed Motion for Partial Dismissal of Certain Trademark Claims and would show this Court as follows:

Living Essentials hereby requests that this Court grant it leave to dismiss from this action with prejudice only those portions of counts in the Second Amended Complaint against Custom Nutrition Laboratories, LLC ("CNL") that assert common law trademark and statutory trademark claims for product manufactured by CNL for Body Dynamics, Inc. d/b/a/ BDI Marketing ("BDI"). Living Essentials intends that all its other claims, counts, and defenses against CNL remain, including but not limited to all non-trademark claims, counts, and defenses involving BDI.

Living Essentials is mindful of this Court's recent order regarding additional filings. This dispositive motion is filed because Fed. R. Civ. P. 41

2

requires consent of the parties or an order of the court in order for Living Essentials to voluntarily dismiss certain claims following the filing of an Answer by Defendants. Living Essentials files this motion because Defendants have not consented to stipulate to an order dismissing these claims. Defendants, however, are not opposed to the relief requested, and as such, Living Essentials files this motion unopposed.

Date:  May 22, 2009

By: ___/s/ Howard L. Close_____

Howard L. Close,
Attorney-in-Charge
State Bar No. 04406500
WRIGHT BROWN & CLOSE LLP
Three Riverway, Suite 600
Houston, Texas 77056
(713) 572-4321 Telephone
(713) 572-4320 Facsimile
close@wrightbrownclose.com

**Of Counsel:**
Harvey Brown
State Bar No. 03130500
brown@wrightbrownclose.com
Patrick McAndrew
State Bar No. 24042596
mcandrew@wrightbrownclose.com
WRIGHT, BROWN & CLOSE, L.L.P.
Three Riverway, Suite 600
Houston, Texas 77056
(713) 572-4321 Telephone
(713) 572-4320 Facsimile

Patrick W. Powers
State Bar No. 24013351
patrick@ckptlaw.com
James J. Doyle, III
State Bar No. 24036501
james.doyle@ckptlaw.com
CASH POWERS TAYLOR
8150 North Central Expressway, Suite 1575
Dallas, Texas 75206
(214) 239-8900 Telephone
(214) 239-8901 Facsimile

Patrick McCarthy
Michigan Bar No. P49100
Michelle Wezner
Howard & Howard
101 N. Main Street, Suite 300
Ann Arbor, MI  48104
(734) 222-1097 Telephone
(734) 761-5957 Facsimile
pmccarthy@howardandhoward.com

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with counsel for Defendants on at least two occasions regarding this motion to dismiss.  Counsel for Defendants have indicated that they are unopposed to the dismissal of certain trademark claims.

       ___/s/ Howard L. Close_____
       Howard Close

<u>**CERTIFICATE OF SERVICE**</u>

 I hereby certify that on May 22, 2009, I filed this document electronically and served a copy on the following counsel of record for Defendant Ultimate Lifestyle and CNL as follows:

*Via electronic ECF notification*
Baxter Banowsky
Banowsky & Levine, P.C.
12001 N. Central Expressway
790 Coit Central Tower
Dallas, Texas 75243

             _/s/ Howard L. Close_____
             Howard Close