IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC D/B/A § <br> LIVING ESSENTIALS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ULTIMATE LIFESTYLES, LLC AND § <br> CUSTOM NUTRITION LABORATORIES, LLC § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:08-CV-232 |

## FINAL JUDGMENT

Pursuant to the Agreed Consent Judgment for Permanent Injunction and Final Order Resolving All Remaining Claims entered in this matter, it is hereby

**CONSIDERED, ORDERED, AND ADJUDGED** that this matter is **DISMISSED with PREJUDICE.**

Each party shall bear its own costs, unless otherwise agreed, and all motions by either party not previously ruled on are hereby **DENIED as MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 27th day of August, 2009.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE